UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BIEGLER, et al.,<br>Plaintiffs,<br>v.<br>NATIONAL GENERAL INSURANCE COMPANY, et al.,<br>Defendants. | No. 2:22-cv-00560-MCE-DMC<br><br>ORDER |

Plaintiffs' Motion for Leave to File Opposition (ECF No. 12) is GRANTED, and Defendant National General Insurance Company's Motion to Dismiss (ECF No. 4) is DENIED.

IT IS SO ORDERED.

Dated: May 12, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE