1  William F. Zulch, SBN 94696
2  Carol J. Knoblow, SBN 151458
   Lynn V. Rivera, SBN 196602
3  **RESNICK & LOUIS, P.C.**
   9891 Irvine Center Dr., Suite 200
4  Irvine, CA  92618
5  Telephone:   (714) 409-4400
   Facsimile:   (714) 409-4400
6  Email: wzulch@rlattorneys.com
7         cknoblow@rlattorneys.com
          lrivera@rlattorneys.com
8
9  *Attorneys for Defendants National General Insurance Company
   and Integon National Insurance Company*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BIEGLER, an individual; ALYSIA BIEGLER, an individual, | CASE NO.:   2:22-CV-00560-MCE-DMC |
| Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| vs. | |
| NATIONAL GENERAL INSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY; and DOES 1 through 20, inclusive, | |
| Defendants. | |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

William F. Zulch's Motion to Withdraw as Attorney of Record (ECF No. ) is **GRANTED**.

William F. Zulch of the firm Resnick & Louis, PC is hereby withdrawn as counsel of record for Defendants in this case.  Carol Knoblow and Arnold Holaday will continue to represent the Defendants in this matter.

　　　　IT IS SO ORDERED.

Dated:  May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**
2