ROBERT B. PONZIANO, ESQ. (SBN 180586)
rponziano@rlattorneys.com
RESNICK & LOUIS P.C.
9891 Irvine Center Drive, #200
Irvine, CA 92618
T: (714) 709-4400
*Attorneys for Defendants*

JOHN T. RICHARDS, ESQ. (SBN 159875)
john@richardswillispc.com
EVAN WILLIS, ESQ. (SBN 314797)
evan@richardswillispc.com
RICHARDS WILLIS PC
750 B Street, Suite 1760
San Diego, California 92101
T: (619) 237-9800
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BIEGLER an individual; ALYSIA BIEGLER, an individual; <br><br> *Plaintiffs,* <br><br> vs. <br><br> NATIONAL GENERAL INSURANCE COMPANY; and DOES 1 through 20, inclusive <br><br> *Defendants.* | CASE NO.: 2:22-CV-00560-MCE-DMC <br><br><br><br> **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |

Plaintiffs Larry Biegler and Alysia Biegler and defendants National General Insurance Company and Integon General Insurance Company, by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, the parties stipulated to a schedule on September 14, 2022 Joint Rule 26(f) Report (*see* ECF Dkt. No. 21);

WHEREAS, there has been one prior request for continuance of the trial and trial related dates in this matter and on 1/20/2023 the court granted the continuance as set forth below (*see* ECF Dkt. No. 26);

WHEREAS, the parties have continued to engage in discovery during this period, including scheduling and taking depositions of multiple witnesses; One such witness, Michael Myers, was scheduled to attend his deposition on April 6, 2023 but was unable to attend due of illness. Likewise, plaintiff, Alysia Biegler, has been noticed to attend her deposition on April 25, 2023, but is unavailable to clear her schedule.

WHEREAS, the parties are continuing to explore mediation as a means of resolving their dispute but have been unable to establish a date;

WHEREAS, a continuance of the discovery deadline and, as a result, other case deadlines is necessary to provide the parties with adequate time to explore potential case resolution and to avoid unproductive proceedings and unnecessary litigation costs;

WHEREAS, despite the parties being diligently engaged in discovery, the parties have had to reschedule numerous depositions noticed based on party availability, whereabouts, location of the witness, and/or schedule of the witness;

WHEREAS, no party will be prejudiced by this first request for a continuance;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the in the case management schedule filed on September 14, 2022 (ECF Dkt. No. 21) by approximately 60 days, as follows:

|  | **Previously Continued Deadline** | **Proposed New Deadline (Adding 60 Days)** |
|---|---|---|
| **Non-Expert Discovery Cut Off** | Friday, April 28, 2023 | Wednesday, June 28, 2023 |
| **Designation of Expert Witnesses** | Tuesday, May 2, 2023 | Monday, July 3, 2023 |
| **Designation of Rebuttal Experts** | Tuesday, May 16, 2023 | Monday, July 17, 2023 |
| **Expert Discovery Cut off** | Friday, June 2, 2023 | Thursday, August 3, 2023 |
| **Discovery & Motion Hearing Cut-off** | Friday, August 1, 2023 | Monday, October 2, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

WHEREAS, the parties agree that all other case deadlines, including trial and motion deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with the 60 days continuance requested;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

The deadlines in this matter, set forth in parties order and all other case deadlines be continued by 90 days as set forth in part in the table above, or as soon thereafter as the Court's calendar allows.  Alternatively, the parties

respectfully request that the Court set a further case management conference at which new dates may be selected.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  April 10, 2023          RICHARDS WILLIS, PC

By _(signature)_ _____
EVAN WILLIS

Attorneys for Plaintiffs
LARRY BIEGLER and ALYSIA BIEGLER

Dated:  April 10, 2023          RESNICK & LOUIS P.C.

By _____
ROBERT B. PONZIANO

Attorney for Defendant
NATIONAL GENERAL INSURANCE and INTEGON GENERAL INSURANCE

# ORDER

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth the parties Joint Rule 26(f) Report and all other case deadlines by 60 days, in part, as follows:

|  | **Previously Continued Deadline** | **Proposed New Deadline (Adding 60 Days)** |
|---|---|---|
| **Non-Expert Discovery Cut Off** | Friday, April 28, 2023 | Wednesday, June 28, 2023 |
| **Designation of Expert Witnesses** | Tuesday, May 2, 2023 | Monday, July 3, 2023 |
| **Designation of Rebuttal Experts** | Tuesday, May 16, 2023 | Monday, July 17, 2023 |
| **Expert Discovery Cut off** | Friday, June 2, 2023 | Thursday, August 3, 2023 |
| **Discovery & Motion Hearing Cut-off** | Friday, August 1, 2023 | Monday, October 2, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

WHEREAS, the parties agree that all other case deadlines, including trial.

IT IS SO ORDERED.

Dated:  April 12, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE