1
2
3
4
5
6

JOHN T. RICHARDS, ESQ. (SBN 159875)
john@richardswillispc.com
EVAN WILLIS, ESQ. (SBN 314797)
evan@richardswillispc.com
RICHARDS WILLIS PC
750 B Street, Suite 1760
San Diego, California 92101
T: (619) 237-9800

7   *Attorneys for Plaintiffs*

8

9
10
11
12
13

ROBERT B. PONZIANO, ESQ. (SBN 180586)
rponziano@rlattorneys.com
RESNICK & LOUIS P.C.
9891 Irvine Center Drive,  #200
Irvine, CA 92618
T: (714) 709-4400

14   *Attorneys for Defendants*

15

16

17

18   **UNITED STATES DISTRICT COURT**

19   **EASTERN DISTRICT OF CALIFORNIA**

20
21
22
23
24
25
26
27
28

| | |
|---|---|
| LARRY BIEGLER an individual; ALYSIA BIEGLER, an individual; <br><br> *Plaintiffs,* <br><br> vs. <br><br> NATIONAL GENERAL INSURANCE COMPANY; and DOES 1 through 20, inclusive <br><br> *Defendants.* | CASE NO.:  2:22-CV-00560-MCE-DMC <br><br><br> **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |

-1-

Plaintiffs Larry Biegler and Alysia Biegler and defendants National General Insurance Company and Integon General Insurance Company, by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, the parties stipulated to a schedule on September 14, 2022 Joint Rule 26(f) Report (*see* ECF Dkt. No. 21);

WHEREAS, the parties have continued to engage in discovery during this period, including scheduling and taking depositions of multiple witnesses;

WHEREAS, the parties recently engaged in mediation as a means of resolving their dispute which was unsuccesful;

WHEREAS, a continuance of certain pre-trial deadlines are necessary to provide the parties with adequate time to prepare for trial;

WHEREAS, despite the parties being diligently engaged in discovery, the parties have still had to reschedule numerous depositions noticed based on party availability, whereabouts, location of the witness, and/or schedule of the witness; the deposition of Michael Myers was scheduled for June 27, 2023 but recently has been cancelled by Mr. Myers due to a scheduling conflict.

WHEREAS, there is good cause for a brief continuance, and no party will be predjudiced by this first request for a continuance;

/ / / /

/ / / /

/ / / /

/ / / /

-2-

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the in the case management schedule filed on September 14, 2022 (ECF Dkt. No. 21) by approximately 60 days, as follows:

|  | **Original Deadline** | **Proposed Deadline (Adding 60 Days)** |
|---|---|---|
| **Designation of Expert Witnesses** | July 3, 2023 | August 18, 2023 |
| **Designation of Rebuttal Experts** | July 17, 2023 | September 1, 2023 |
| **Expert Discovery Cut off** | August 3, 2023 | October 31, 2023 |
| **Defendants' Motion For Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment Hearing Date** | July 27, 2023 | August 10, 2023 |
| **Discovery & Motion Hearing Cut-off** | October 2, 2023 | October 2, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

WHEREAS, the parties agree that all other case deadlines, including trial and motion deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with the 60 day continuance requested;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

The deadlines in this matter, set forth in parties  order and all other case deadlines be continued by approximately 60 days as set forth in part in the table above, or as soon thereafter as the Court's calendar allows. Alternatively, the parties respectfully request that the Court set a further case management conference at which new dates may be selected.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  June _ 21_, 2023                    RICHARDS WILLIS, PC


By _____

EVAN WILLIS
Attorneys for Plaintiffs
LARRY BIEGLER and ALYSIA
BIEGLER

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES

Dated:  June 21, 2023

RESNICK & LOUIS P.C.

By _____
ROBERT B. PONZIANO

Attorney for Defendant
NATIONAL GENERAL INSURANCE
and INTEGON GENERAL
INSURANCE

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES

## ORDER

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth the parties Joint Rule 26(f) Report and all other case deadlines by 60 days, in part, as follows:

| | Original Deadline | Proposed Deadline (Adding 60 Days) |
|---|---|---|
| **Designation of Expert Witnesses** | July 3, 2023 | August 18, 2023 |
| **Designation of Rebuttal Experts** | July 17, 2023 | September 1, 2023 |
| **Expert Discovery Cut off** | August 3, 2023 | October 31, 2023 |
| **Defendants' Motion For Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment Hearing Date** | July 27, 2023 | August 10, 2023 |
| | | |

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES

| **Discovery & Motion Hearing Cut-off** | October 2, 2023 | October 2, 2023 |
|---|---|---|
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

**IT IS SO ORDERED**.

Dated:  June 22, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES