JOHN T. RICHARDS, ESQ. (SBN 159875)
john@richardswillispc.com
EVAN WILLIS, ESQ. (SBN 314797)
evan@richardswillispc.com
RICHARDS WILLIS PC
750 B Street, Suite 1760
San Diego, California 92101
T: (619) 237-9800

*Attorneys for Plaintiffs*

CHRIS J. FEASEL, ESQ. (SBN 222931)
cfeasel@rlattorneys.com
RESNICK & LOUIS P.C.
9891 Irvine Center Drive, #200
Irvine, CA 92618
T: (714) 709-4400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BIEGLER an individual; ALYSIA BIEGLER, an individual;<br><br>*Plaintiffs,*<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE COMPANY; and DOES 1 through 20, inclusive<br><br>*Defendants*. | CASE NO.: 2:22-CV-00560-MCE-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |

/ / / /

/ / / /

# I.

# STIPULATION

The parties to the above-entitled action, by and through their counsel, do hereby stipulate to stay the completion of expert discovery for the limited purpose of awaiting the Court's ruling on Defendant National General's Motion for Summary Judgment.

The continuance of the expert discovery deadline is requested because despite best efforts, the parties are unable to schedule expert depositions prior to the expert discovery deadline of October 31, 2023 due to availability of the witness and counsel. The parties have completed all appropriate expert disclosures prior to their respective deadlines due to the schedules of the experts and counsel.

Moreover, in accordance with the aforementioned stipulated extension, the parties agree to complete expert discovery within sixty (60) days of the Court's ruling on Defendant National General's pending Motion for Summary Judgment.

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the in the case management schedule filed on September 14, 2022 (ECF Dkt. No. 21) by approximately 60 days, as follows:

|  | **Original Deadline** | **Proposed Deadline (Adding 60 Days)** |
| --- | --- | --- |
| **Expert Discovery Cut off** | October 31, 2023 | To be completed within 60 days after the Court's ruling on Defendants' pending Motion for Summary Judgment |

1 WHEREAS, the parties agree that all other case deadlines, including trial and motion deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with the 90 day continuance requested.

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

Alternatively, the parties respectfully request that the Court set a further case management conference at which new dates may be selected.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

DATED: October 13, 2023          RICHARDS WILLIS PC

By:_____*[signature]*_____
Evan Willis, Esq.
John T. Richards, Esq.
**Attorneys for Plaintiffs, LARRY AND ALYSIA BIEGLER**

DATED: October 17, 2023          RESNICK & LOUIS P.C.

By:_____*/s/ Chris Feasel*_____
Chris Feasel, Esq.
Attorneys for Defendant
**NATIONAL GENERAL INSURANCE and INTEGON GENERAL INSURANCE**

# ORDER

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth the parties Joint Rule 26(f) Report and all other case deadlines by 60 days, in part, as follows:

|  | **Original Deadline** | **Proposed Deadline (Adding 60 Days)** |
|---|---|---|
| **Expert Discovery Cut off** | October 31, 2023 | To be completed within 60 days after the Court's ruling on Defendants' pending Motion for Summary Judgment |

IT IS SO ORDERED.

Dated: October 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE